164 A.3d 411

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. MARGARITO MAULEON, DEFENDANT– PETITIONER.

March 23, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001197–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.